```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

IVAN RICARDO CIFUENTES-CAYCEDO,   \*

       Petitioner,   \*

vs.   \*

          CASE NO. 4:08-CV-104 (CDL)

MICHAEL B. MUKASEY, U.S.   \*
Attorney General, et al.,

         \*

       Respondents.

         \*

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 24, 2008 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 4th day of February, 2009.

                                       S/Clay D. Land
                                           CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE